UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRITTANY SIRMONS,**

    Plaintiff,

v.                                                    CIVIL ACTION NO. _____

**SAILORMEN, INC. d/b/a POPEYES,**

    Defendant.
_____/

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Sailormen, Inc., files this Notice of Removal of Action in order to remove the above-styled action from the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida, Tampa Division. The grounds for removal are as follows:

1. On August 24, 2019, Plaintiff filed a Complaint in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, styled *Brittany Sirmons v. Sailormen, Inc. dba Popeyes*, Case No. 19-CA-8817. A copy of the Complaint is included among the copies of all papers now on file with the Circuit Court, attached hereto as Exhibit A.

2. In her Complaint, Plaintiff alleges that Defendant failed to pay her overtime wages, in violation of the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201, *et seq*. Accordingly, this Court has original jurisdiction of this action because Plaintiff asserts claims arising under the FLSA, a federal statute. *See* 28 U.S.C. §§ 1331, 1441(a), and 29 U.S.C. § 216(b).

3. Venue is proper in the United States District Court for the Middle District of Florida, Tampa Division, pursuant to 28 U.S.C. § 1391 and Rule 4.02(a) of the Local Rules of this Court.

4. Defendant was served with a copy of the Complaint on August 29, 2019. Therefore, thirty (30) days have not expired since the receipt by Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which this action is based.

5. The federal claims asserted by Plaintiff are separate and independent from any state law claims, and therefore, the entire case is removable under 28 U.S.C. § 1441(c). This Court has supplemental jurisdiction over any state law claims under 28 U.S.C. § 1367(a).

6. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 4.02(b), copies of all process, pleadings, and other papers filed in the state court are attached to this Notice of Removal as Exhibit A.

7. Promptly after this Notice of Removal is filed, written notice thereof will be given to Plaintiff and a copy of this Notice of Removal of Action will be filed with the clerk of the aforesaid state court to affect the removal of this civil action to this Honorable Court as provided by law.

## CONCLUSION

This Court has removal jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1441. Defendant, Sailormen, Inc., now exercises its right under the provisions of 28 U.S.C. §§ 1331, 1441, and 1446 to remove this action from the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida, Tampa Division.

Date:  September 17, 2019.

          Respectfully submitted,

          **PHELPS DUNBAR LLP**

BY:   /s/ Raquel Ramirez Jefferson
        Raquel Ramirez Jefferson
        Florida Bar No. 103758
        100 South Ashley Drive, Suite 2000
        Tampa, Florida  33602-5311
        Phone: (813) 472-7550
        Fax: (813) 472-7570
        raquel.jefferson@phelps.com

        **ATTORNEYS FOR DEFENDANT,
        SAILORMEN, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by first class United States mail, postage prepaid and properly addressed, on this 17th day of September, 2019, to:

| | |
|---|---|
| W. John Gadd, Esq.<br>Bank of America Building<br>2727 Ulmerton Rd. Ste. 250<br>Clearwater, FL 33762<br>Tel: (727) 524-6300<br>Email: wjg@mazgadd.com | Kyle J. Lee, Esq.<br>Lee Law, PLLC<br>1971 West Lumsden Road, Suite 303<br>Brandon, FL 33511<br>Tel:  (813) 343-2813<br>Email: Kyle@KyleLeeLaw.com |

        /s/ Raquel Ramirez Jefferson
        Attorney